# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**  **CASE NO. 3:19cr32/MCR**

**TIMOTHY J. SMITH**

## GOVERNMENT'S EXHIBIT LIST

| Exhibit # | Description | Witness(es) | ID'd | Admitted |
|---|---|---|---|---|
| 1 | Screenshot of StrikeLines website | Cassidy | | |
| 2A-C | Photographs of StrikeLines | Harper | | |
| 3 | Disk containing captures of StrikeLines website | Harper | | |
| 4 | Email to StrikeLines | Harper | | |
| 5 | Screenshots of StrikeLines coordinates from defendant | Harper | | |

| Exhibit # | Description | Witness(es) | ID'd | Admitted |
|---|---|---|---|---|
| 6 | Facebook notification to StrikeLines | Harper | | |
| 7 | Screenshot of customer data from defendant | Harper | | |
| 8 | Text messages between victim and defendant | Griggs | | |
| 9 | Facebook postings of defendant | Cassidy | | |
| 10 | Certified Verizon records | Cassidy | | |
| 11 | Disk and document of certified StrikeLines IP logs | Cassidy | | |
| 12 | Disk containing certified Facebook records of defendant | Cassidy | | |
| 13 | Certified AT&T records | Cassidy | | |
| 14A-L | Printed documents from Government Exhibit #12 | Cassidy | | |
| 15A-I | Photographs from search warrant execution at defendant's residence | Cassidy | | |

| Exhibit # | Description | Witness(es) | ID'd | Admitted |
|---|---|---|---|---|
| 16 | Defendant's seized cellular telephone | Cassidy | | |
| 17 | Defendant's seized laptop | Cassidy | | |
| 18 | Defendant's seized desktop | Cassidy | | |
| 19 | Document reviewed during search warrant execution | Cassidy | | |
| 20 | Hard drive containing digital extractions of Government Exhibits #16, 17 & 18 | Smith | | |
| 21A-I | Documents from Government Exhibit #20 (laptop) | Cassidy | | |
| 22A-H | Documents from Government Exhibit #20 (telephone) | Cassidy | | |
| 23 | | | | |
| 24 | | | | |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been delivered via the Court's electronic filing system to defense counsel of record on this the 29th day of November, 2019.

/s/ David L. Goldberg
David L. Goldberg
Assistant United States Attorney