# United States District Court
Criminal Minutes - Jury Trial

| | | | |
|---|---|---|---|
| Case No. | 3:19cr32-001/MCR | Date: | December 2, 2019 |

**DOCKET ENTRY:**   Jury Selection/Jury Trial.

Jury selected on 12/02/2019. Jury Trial held 12/02/2019 – 12/03/2019.  Court denies Dft's Oral Motion for Judgment of Acquittal as to Count 3 and takes Counts 1 & 2 under advisement.  Jury returns a verdict of NOT GUILTY as to Count 1 and GUILTY as to Counts 2 and 3 (see verdict form).  Dft shall remain on release pending sentencing scheduled for February 18, 2020 at 9:00 am (see separate hearing notice).  Order to follow w/briefing deadlines as to venue re: Count 2.  Attached: Witness and Exhibit Lists. Gvt & Dft Exhibits (2 folders) admitted and placed in Clerk's storage.  Gvt Exhibits #5,7,8,12, 14AL, 21A-I & 22A-H are placed under seal. Gvt Exhibits #16, 17, 18 & 20 return to case agent.

| PRESENT : | HONORABLE | **M. CASEY RODGERS** | U.S. DISTRICT JUDGE |
|---|---|---|---|
| Susan Simms | Donna Boland | Gordon Hay | David Goldberg |
| Deputy Clerk | Court Reporter | Law Clerk | Asst U. S. Attorney |

| **U.S.A v DEFENDANT LISTED BELOW** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| (1)  **Timothy J. Smith** | (1)  William Bradford |
| ✓ Present   ___ Custody   ✓ O/R | ✓ Present   ___ Appointed   ✓ Retained |

- ✓ Jury Trial. Jury impaneled and sworn. Per privacy policy – Jurors Names Filed Under Seal
- ___ Motion for new trial:     ___ granted     ___ denied
- ✓ Motion for Judgment of Acquittal     ___ granted     ✓ Denied as to Count 3 and taken under advisement as to Count 2
- ✓ Jury retires to deliberate at: 12/03/2019 @ 2:58 PM
- ✓ Jury returns at a verdict at: 12/03/2019 @ 5:22 PM
- ___ FINDING BY COURT.   ✓  JURY VERDICT. SEE SIGNED VERDICT FORM
- ✓ Jury polled     ___ Polling waived     ___ Mistrial declared
- ___ Trial continued to: _____.
- ✓ Referred to Probation for I/R and sentencing hearing set for: February 18, 2020 @ 9:00 AM
- ✓ Ordered defendant:   ___ be taken into custody   ✓ remain on present bond
- SEE SEPARATE LIST FOR WITNESSES AND EXHIBITS (attached)

# Criminal Minutes - Jury Selection/Jury Trial (continued)

| USA v. Timothy Smith | 3:19cr32-001/MCR | December 2019 |
|---|---|---|

**Monday, December 2, 2019      Attorney Conference/Jury Selection/Voir Dire Proceedings**

[*Note: Jury Selection Minutes sealed per the Court's privacy policy - redacted version below.*]

| | |
|---|---|
| 8:13 am | Court in Recess – Attorney Conference |
| | Court and counsel discuss witnesses and exhibits |
| | **Court finds Motion in Limine MOOT and DENIES Motion to Continue trial (doc. #68)**; Court will allow Defendant's expert witness to testify |
| 8:22 | Court and counsel discuss proposed jury instructions and venue |
| 8:31 | Gvt (Goldberg) notifies court that 3 defense witnesses may need counsel, if they testify |
| | Court reviews the voir dire/jury selection process |
| 8:40 | Court in Recess |
| 9:34 | Court in Session - 33 Panel Members Present |
| | **Voir Dire Begins** |
| 10:57 | Court in Recess |
| 11:13 | Court in Session – Panel Present |
| | **Voir Dire Resumes** |
| 12:37 pm | Jury Panel Excused |
| | Court questions panel member individually |
| 12:42 | Court in Recess |
| 12:52 | Court in Session – Attorney Conference |
| | Peremptory Challenges made by counsel and jury selected (12 jurors and 1 alternate) |
| 12:59 | Entire Panel Present |
| | **JURY SELECTED** - Court announces names of the 13 jurors selected |
| 1:03 | Court excuses selected jurors for lunch recess with instructions to return at 2:15 pm |
| 1:07 | Court thanks remaining panel members not selected and states their service is complete |
| 1:08 | Court in Recess (lunch - jury trial to begin at 2:15 pm) |

**Monday, December 2, 2019      Jury Trial Begins**

| | |
|---|---|
| 2:19 pm | Court in Session - Attorney Conference |
| | Rule of sequestration of witnesses invoked |
| 2:22 | Jury Present |
| | **Jury Sworn by Clerk** |
| | **JURY TRIAL BEGINS** |
| 2:23 | Court provides preliminary instructions to the jury |
| 2:46 | **Government's Opening Statement (Goldberg)** |
| 2:48 | **Defendant's Opening Statement (Bradford)** |
| 3:02 | Gvt witness **Special Agent STEPHANIE CASSIDY** sworn - Direct (Goldberg); 3:05 Cross (Bradford); No Redirect |
| | *Gvt Exhibit #1 admitted* |
| 3:07 | Gvt witness **TRISTAN HARPER** sworn – Direct (Goldberg); 3:44 Cross (Bradford) |

# Criminal Minutes - Jury Selection/Jury Trial (continued)

**USA v. Timothy Smith**          3:19cr32-001/MCR          December 2019

|  |  |
|---|---|
|  | *Gvt Exhibits # 2A-C, 3, 4, 5, 6 & 7 admitted* |
| 4:15 | Court in Recess – Jury Excused |
| 4:34 | Court in Session – Jury Present |
|  | Cross resumes of **Tristan Harper**; 4:44 Redirect |
| 4:48 | Gvt witness **RALPH HAYNES** sworn – Direct (Goldberg); 4:55 Cross (Bradford); 5:25 Redirect; 5:28 Court inquiry and counsel follow-up |
| 5:31 | Jury Excused |
| 5:33 | Court notifies Defendant of his right to testify or not testify |
|  | Proposed Jury Instructions provided to counsel |
| 5:35 | Court in Recess (evening) |

**Tuesday, December 3, 2019   Jury Trial Continues**

|  |  |
|---|---|
| 8:22 am | Court in Session – Attorney Conference |
|  | Court and counsel review proposed jury instructions |
| 8:40 | Jury Present |
| 8:42 | Gvt witness **TRAVIS ADAM GRIGGS** sworn – Direct (Goldberg); 8:58 Cross (Bradford); 9:22 Redirect |
|  | *Gvt Exhibit #8 and Dft Exhibit #26 admitted* |
| 9:23 | Gvt witness **STEPHANIE CASSIDY** re-sworn – Direct (Goldberg); 9:49 Cross (Bradford); 10:05 Redirect |
|  | *Gvt Exhibits #10, 11, 12, 13, 14A-L. 15A-I, 16, 17, 18 & 19 admitted* |
| 10:08 | Jury Excused |
|  | Court inquiry; Gvt (Goldberg) responds |
| 10:11 | Court in Recess |
| 10:36 | Court in Session – Jury Present |
|  | Gvt witness **ANDREW SMITH** sworn – Direct (Goldberg); 10:42 Cross (Bradford): No Redirect |
|  | ***Court designates witness as an expert in the field of Computer Forensics and Evidence Extraction*** |
|  | *Gvt Exhibit #20 admitted* |
| 10:43 | Gvt witness **STEPHANIE CASSIDY** previously sworn - Direct (Goldberg); 10:58 Cross (Bradford); 11:10 Redirect; 11:13 Recross (both counsel) |
| 11:16 | **GOVERNMENT RESTS** |
| 11:17 | [Bench Conference – Dft's oral motion for judgment of acquittal; Court takes under advisement.] |
| 11:18 | Dft witness Defendant **TIMOTHY JEROME SMITH** sworn – Direct (Bradford); 11:49 Cross (Goldberg); 11:55 Redirect |
|  | *Dft Exhibits #27 & 24 admitted* |
| 12:00 pm | Jury Excused (lunch) |

# Criminal Minutes - Jury Selection/Jury Trial (continued)

**USA v. Timothy Smith**　　　　**3:19cr32-001/MCR**　　　　**December 2019**

| | |
|---|---|
| 12:01 | Dft (Bradford) argues oral motion for judgment of acquittal; 12:12 Gvt (Goldberg) argues response to motion |
| 12:17 | **Court denies motion as to Count 3 and takes motion under advisement as to Counts 1 and 2** |
| 12:18 | Gvt (Goldberg) argues additional response as to Count 2 |
| 12:24 | Court and counsel review proposed jury instructions and verdict form |
| 12:38 | Court in Recess (until 1:20 pm) |
| 1:27 | Court in Session – Attorney Conference |
| 1:37 | Jury Present<br>**DEFENDANT RESTS**<br>No Government Rebuttal |
| 1:39 | **Court Publishes Instructions to the Jury** |
| 1:58 | **Government's Closing Argument (Goldberg)** |
| 2:05 | **Defendant's Closing Argument (Bradford)** |
| 2:42 | **Government's Rebuttal Argument (Goldberg)** |
| 2:51 | **Court provides final instructions to the jury**<br>Counsel have no objections to instructions |
| 2:58 | **Jury excused to begin deliberations** |
| 3:03 | Court excuses Alternate Juror and thanks for their service |
| 3:05 | Court in Recess (awaiting the jury's verdict) |
| 5:19 | Court in Session - Attorney Conference<br>Court notifies counsel/parties that the jury has reached a verdict |
| 5:22 | Jury Present<br>**Clerk Publishes Verdict**<br>**Jury finds Dft Timothy Smith NOT GUILTY as to Count 1 and GUILTY as to Counts 2 & 3 (see verdict form)**<br>Court polls the jurors individually<br>Court refers case to U.S. Probation to prepare a presentence investigation report<br>Sentencing is scheduled for February 18, 2020 @ 9:00 am (hearing notice to follow) |
| 5:27 | Court thanks jurors and excuses from courtroom to await further instructions<br>Judgment of Acquittal will be entered as to Count 1 |
| 5:28 | Dft Smith shall remain on release pending sentencing |
| 5:30 | **Court grants Gvt's motion to seal Gvt Exhibits #5, 7, 8, 12, 14A-L, 21, A-I & 22 A-H**<br>Order to follow w/briefing deadlines as to venue re: Count 2 |
| 5:31 | Court Adjourned |