Case 3:19-cr-00032-MCR Document 64 Filed 11/29/19 Page 1 of 2

**UNITED STATES OF AMERICA v. TIMOTHY J. SMITH**
**Case No. 3:19cr32/MCR**

**HONORABLE M. CASEY RODGERS**
**Trial Date December 2, 2019**

**GOVERNMENT'S MASTER WITNESS LIST**

| NO. | NAME/POSITION | ADDRESS | STATUS |
|---|---|---|---|
| 01 | Task Force Officer Stephanie Cassidy<br>FBI | Pensacola, Florida | 12-2-19<br>12-3-19 |
| 02 | Special Agent Brandon Cook<br>FBI | Pensacola, Florida | |
| 03 | Special Agent Andrew Smith<br>FDLE | Pensacola, Florida | 12/3/19 |
| 04 | Tristan Harper<br>StrikeLines | Pensacola, Florida | 12/2/19 |
| 05 | Travis Griggs<br>StrikeLines | Pensacola, Florida | 12/3/19 |
| 06 | Ralph Haynes<br>Hail Studio Web Development | Pensacola, Florida | 12/2/19 |
| 07 | | | |
| 08 | | | |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been delivered via the Court's electronic filing system to defense counsel of record on this the 29th day of November, 2019.

/s/ David L. Goldberg
David L. Goldberg
Assistant United States Attorney

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v. CASE NO. 3:19cr32/MCR

TIMOTHY J. SMITH

## GOVERNMENT'S EXHIBIT LIST

| Exhibit # | Description | Witness(es) | ID'd | Admitted |
|---|---|---|---|---|
| 1 | Screenshot of StrikeLines website | Cassidy | ✓ | 12/2/19 |
| 2A-C | Photographs of StrikeLines | Harper | ✓ | 12/2/19 |
| 3 | Disk containing captures of StrikeLines website | Harper | ✓ | 12/2/19 |
| 4 | Email to StrikeLines | Harper | ✓ | 12/2/19 |
| 5 | Screenshots of StrikeLines coordinates from defendant | Harper | ✓ | 12/2/19 |

Sealed—

On 12/3/19, Gvt Exhibits 16, 17, 18 & 20 returned to Special Agent Stephanie Cassidy:

[signature]

| Exhibit # | Description | Witness(es) | ID'd | Admitted |
|---|---|---|---|---|
| 6 | Facebook notification to StrikeLines | Harper | ✓ | 12/2/19 |
| 7 | Screenshot of customer data from defendant | Harper | ✓ | 12/2/19 |
| 8 | Text messages between victim and defendant | Griggs | ✓ | 12/3/19 |
| 9 | Facebook postings of defendant | Cassidy | | |
| 10 | Certified Verizon records | Cassidy | ✓ | 12/3/19 |
| 11 | Disk and document of certified StrikeLines IP logs | Cassidy | ✓ | 12/3/19 |
| 12 | Disk containing certified Facebook records of defendant | Cassidy | ✓ | 12/3/19 |
| 13 | Certified AT&T records | Cassidy | ✓ | 12/3/19 |
| 14A-L | Printed documents from Government Exhibit #12 | Cassidy | ✓ | 12/3/19 |
| 15A-I | Photographs from search warrant execution at defendant's residence | Cassidy | ✓ | 12/3/19 |

Sealed (Exhibits 7–8)

Sealed (Exhibit 12)

Sealed (Exhibits 14A-L–15A-I)

| Exhibit # | Description | Witness(es) | ID'd | Admitted |
|---|---|---|---|---|
| 16 | Defendant's seized cellular telephone | Cassidy | ✓ | 12/3/19 |
| 17 | Defendant's seized laptop | Cassidy | ✓ | 12/3/19 |
| 18 | Defendant's seized desktop | Cassidy | ✓ | 12/3/19 |
| 19 | Document reviewed during search warrant execution | Cassidy | ✓ | 12/3/19 |
| 20 | Hard drive containing digital extractions of Government Exhibits #16, 17 & 18 | Smith | ✓ | 12/3/19 |
| 21A-I | Documents from Government Exhibit #20 (laptop) | Cassidy | ✓ | 12/3/19 |
| 22A-H | Documents from Government Exhibit #20 (telephone) | Cassidy | ✓ | 12/3/19 |
| 23 | | | | |
| 24 | | | | |

Returned to Agent (16–19)

Returned to Agent (20)

Sealed (21A-I, 22A-H)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been delivered via the Court's electronic filing system to defense counsel of record on this the 29th day of November, 2019.

/s/ David L. Goldberg
David L. Goldberg
Assistant United States Attorney