IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF FLORIDA
PENSACOLA DIVISION

| UNITED STATES OF AMERICA, | § § § | |
|---|---|---|
| V. | § § | 3:19-cr-00032-MCR |
| TIMOTHY J. SMITH, | § § § | |
| DEFENDANT. | § | |

## DEFENDANT'S TRIAL WITNESS LIST

*Sworn*
*12-3-19*

| NO. | WITNESS |
|---|---|
| 1. | Timothy Jerome Smith ✓ |
| 2. | Taylor S. Ripley-Groce<br>Turkreno Incorporated |
| 3. | Mr. Michael Norberg<br>Florida Fish and Wildlife Conservation Commission |
| 4. | Travis Griggs |
| 5. | Tristan Harper |

Page 1 of 3

| 6.  | Ralph Haynes |
|-----|--------------|
| 7.  | Alex Fogg |
| 8.  | John Jackson |
| 9.  | Jason Downs |
| 10. | Representative / Custodian of Records for Alabama Department of Conservation & Natural Resources / Marine Resources Division (Potentially Mr. Kevin Anson). |
| 11. | Stephanie Cassady |
| 12. | |

The Defendant reserves the right to call witnesses in rebuttal of the Government's case, or witnesses necessary to authenticate or admit any Exhibit offered by the Defendant.

Respectfully Submitted,

*/s/ William K. Bradford*
William K. Bradford
Attorney for Defendant Smith
wkb@bradfordladner.com

**OF COUNSEL:**
BRADFORD LADNER, LLP.

*Mobile Alabama Office*
160 St. Emanuel Street
Mobile, AL 36602
251-303-8800

*Birmingham Alabama Office*
1330 21st Way South, Suite 120
Birmingham, AL 35205
205-802-8823

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served on all counsel of record identified on the CM/ECF and transmitted in accordance with CM/ECF requirements, on this the *29th* day of *November,* 2019.

/s/ *William K. Bradford*
OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DIVISION OF FLORIDA
PENSACOLA DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| V. | § | 3:19-cr-00032-MCR |
| | § | |
| TIMOTHY J. SMITH, | § | |
| | § | |
| DEFENDANT. | § | |

## DEFENDANT'S TRIAL EXHIBIT LIST

| No. | Description | Witness | Identified | Admitted |
|---|---|---|---|---|
| 1A – B | FBI Form 1057 Evidence Log (As required for cross-examination or impeachment) | Cassady | | |
| 2A - H | FBI Form 302's (As required for cross-examination or impeachment) | Cassady | | |
| 3 | Escambia County Sheriff's Report | Cassady | | |
| 4 | Affidavit in Support of Search Warrant | Cassady | | |
| 5 | Travis Griggs Signed Statement | Griggs | | |

Page 1 of 5

| | | | | |
|---|---|---|---|---|
| 6 | Tristan Harper Signed Statement | Harper | | |
| 7 | Copy of Emails Between Tristan Harper, Travis Griggs, and Ralph Haynes | Griggs Harper Haynes | | |
| 8 | Copy of Reed Owens and Travis Harper Facebook Messenger Conversation | Harper | | |
| 9 | Travis Griggs Presentation to 2015 Florida Artificial Reef Summit | Griggs | | |
| 10 | Facebook Postings by Strikelines / Griggs / Harper | Griggs Harper | | |
| 11 | Copies of Text messages of Timothy Smith | Smith | | |
| 12 | Copies of Facebook Messenger Conversations of Timothy Smith | Smith | | |
| 13 | Copies of Text messages between Smith and Griggs / Harper | Smith | | |
| 14 | CV of Taylor Ripley-Groce | Ripley-Groce | | |
| 15 | Historical Versions of Strikeline website | Ripley-Groce | | |
| 16 | Google Maps End User Agreement / Google Maps Agreement and Policies | Ripley-Groce | | |

| # | Description | | | |
|---|---|---|---|---|
| 17 | Florida Fish and Wildlife Conservation Commission / Division of Marine Fisheries / Artificial Ref Locations Document | Norberg | | |
| 18 | Copies of Website Pages from Florida Fish and Wildlife Conservation Commission / Division of Marine Fisheries | Norberg | | |
| 19 | Copy of "reeflocations" xml sheet | Norberg | | |
| 20 | Copies of Alabama Department of Conservation& Natural Resources / Marine Resources Division Website | TBD | | |
| 21 | Artificial Reef Location Documents from Alabama Department of Conservation& Natural Resources / Marine Resources Division | TBD | | |
| 22 | Copy of Document from: https://myfwc.com/media/19397/artificialreefdeploymentlocations.pdf | TBD | | |
| 23 | | | | |
| 24 | 2-12-2019 Sport Fish Restoration - Artificial Reef Program | | ✓ | 12-3-19 |
| 25 | | | | |
| 26 | Pensacola Fishing Fanatics | Griggs | ✓ | 12-3-19 |
| 27 | Florida Artificial Reef Permit Application | Smith | ✓ | 12-3-19 |

Page 3 of 5

The Defendant reserves the right to identify and seek admission of other portions of Government's Exhibit 14, which are selected portions of Government's Exhibit 12, for purposes of cross-examination, impeachment, or under Rule 106, F.R.E.

The Defendant reserves the right to identify and seek admission of exhibits which may not be otherwise listed above for purposes of rebuttal of evidence in the Government's case in chief or rebuttal evidence offered by the Government.

Respectfully Submitted,

*/s/ William K. Bradford*
William K. Bradford
Attorney for Defendant Smith
wkb@bradfordladner.com

**OF COUNSEL:**
BRADFORD LADNER, LLP.

*Mobile Alabama Office*
160 St. Emanuel Street
Mobile, AL 36602
251-303-8800

*Birmingham Alabama Office*
1330 21st Way South, Suite 120
Birmingham, AL 35205
205-802-8823

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served on all counsel of record identified on the CM/ECF and transmitted in accordance with CM/ECF requirements, on this the _29th_ day of _November,_ 2019.

/s/ *William K. Bradford*
OF COUNSEL