UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                    Case No. 3:19cr32/MCR

TIMOTHY J. SMITH,

    Defendant.
_____/

## VERDICT FORM

We the Jury, in the above entitled and numbered case, unanimously and beyond a reasonable doubt, find the Defendant, **TIMOTHY J. SMITH**:

### COUNT ONE

    __✓__    Not Guilty

    _____    Guilty

### COUNT TWO

    _____    Not Guilty

    __✓__    Guilty

FILED IN OPEN COURT THIS

12-03-2019
_____
CLERK U. S. DISTRICT
COURT NORTH DIST FL

## COUNT THREE

_____   Not Guilty

____✓____   Guilty

**SO SAY WE ALL**, this the 3rd day of December 2019.

Redacted per privacy policy

Foreperson's Signature