UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                                               **CASE NO. 3:19cr32-MCR**

**TIMOTHY J. SMITH,**

    **Defendant.**
_____/

## JUDGMENT OF ACQUITTAL ON JURY VERDICT

Based on the jury's verdict of Not Guilty on Count One of the Superseding Indictment following a trial on December 3, 2019, Defendant TIMOTHY J. SMITH is hereby ADJUDGED NOT GUILTY of the charge in Count One and this charge is hereby DISMISSED.

**DONE and ORDERED** at Pensacola, Florida, this 4th day of December, 2019.

                                          /s/ *M. Casey Rodgers*
                                          **M. CASEY RODGERS**
                                          **UNITED STATES DISTRICT JUDGE**