# *United States District Court*

CRIMINAL MINUTES - SENTENCING AND JUDGMENT

| | | | |
|---|---|---|---|
| Time Commenced | 1:10 PM | Case No. | 3:19cr32-MCR |
| Time Concluded | 3:01 PM | Date | June 24, 2020 |

**DOCKET ENTRY: SENTENCING HEARING**

Sentence imposed as to Counts _2 & 3_ : Custody of BOP for _18_ months. Supervised release for _1_ year. Fine waived. No restitution. SMA of $_200_ (paid in full 6/24/2020). Judgment of Acquittal entered as to Count 1 per jury verdict. Dft shall self-surrender to designated facility by 12:00 noon on August 24, 2020. Final Order of Forfeiture entered.   SEE FORMAL JUDGMENT.

PRESENT :   HONORABLE   **M. CASEY RODGERS**   U.S. DISTRICT JUDGE

| Susan Simms | Zachary Link | Donna Boland | David Goldberg |
|---|---|---|---|
| Deputy Clerk | Probation Officer | Court Reporter | Asst U. S. Attorney |

**U.S.A v DEFENDANT LISTED BELOW**  
(1)   **Timothy J. Smith**

✓  Present       Custody   ✓  O/R

**ATTORNEY FOR DEFENDANT**  
(1)   William Bradford

✓  Present       Appointed   ✓  Retained

**PROCEEDINGS:**

✓  DFT has read the presentence investigation (PSR) report and has discussed it with his/her attorney.

✓  DFT adjudicated Guilty of Count(s):   Two and Three      SENTENCE IMPOSED:

✓  DFT remanded to the custody of the Bureau of Prisons on Count(s):
- _2_ imprisonment for a term of _18_ months
- _3_ imprisonment for a term of _18_ months

with said sentences to run   ✓  concurrently or _____ consecutively

✓  Court recommends place of incarceration at  FPC Pensacola or FPC Montgomery (Maxwell AFB, AL) or close to Southern District of Alabama or the Northern District of Florida

___  Additional recommendations:
- ___ Residential Drug Abuse Program (RDAP) while in custody of BOP
- ___ Complete Drug Education Classes & Participate in BOP's nonresidential drug abuse treatment program.
- ___ Dft identified as needing substance abuse treatment both during incarceration and at a reentry center.
- ___ Complete GED classes.
- ___ Mental Health Evaluation and/or Treatment while in the custody of BOP.
- ___ Sex Offender Treatment Programming.
- ___ Cognitive Behavioral Therapy Programming.
- ___ Other:_____..

✓  FINE PAYMENT:   ✓  Fine  $ waived;      JVTA Fine $_____;   ✓  SMA OF $ 200   Paid in Full

___  DFT is liable for restitution of:

___  $_____ made payable to _____.

___  DFT is jointly and severally liable for restitution with: _____.

___  Restitution is DEFERRED FOR 90 DAYS.

**SENTENCING MINUTES CONTINUED**

## S/R or PROBATION.  DFT is under:

- [✓] Supervised Release for a total period of __1__ year (as to Counts _2 & 3_, to run concurrently)
- [ ] Probation for a period of ____ years.
- [ ] Home Detention of ____ months w/ following conditions:

## With the following special conditions or modifications:

- [ ] DFT shall cooperate with the US Probation Officer and the Bureau of Immigration and Customs Enforcement regarding Immigration status. If deported, Dft shall not re-enter the United States without permission of the Attorney General or the Secretary of the Dept. of Homeland Security.
- [ ] DFT shall submit to: ____ testing for the use of illegal controlled substances or alcohol to excess.
- [ ] DFT shall be evaluated for substance abuse and mental health and referred to treatment as determined necessary through an evaluation process. Treatment is not limited to, but may include participation in a Cognitive Behavioral Therapy program
- [ ] DFT is NOT subject to drug testing–this condition is suspended based upon the Court's determination.
- [ ] DFT shall participate in a program of mental health treatment.
- [ ] DFT shall provide requested financial information to the U.S. Probation Officer.
- [ ] DFT shall make any unpaid fine/restitution on a payment schedule to be determine by U.S. Probation.
- [ ] DFT shall cooperate with the US Probation Officer and/or the appropriate state agency in the establishment and enforcement of child support payments
- [ ] DFT shall not open new lines of credit or charges w/o USPO's approval or until restitution is satisfied
- [ ] DFT shall not transfer or dispose of any assets w/o USPO's approval or until restitution is satisfied.
- [✓] DFT shall submit to standard search of their person, property, house, vehicle, papers, computers by USPO.
- [✓] ADDITIONAL TERMS:  _Installation of computer monitoring software on Dft's personal computer._

## Custody Status:

- [ ] DFT committed to the custody of the U.S. Department of Justice.
- [✓] DFT to surrender to USMS at __✓__ or designated institution at his/her own expense no later than _12:00 noon_ on _August 24, 2020_.
- [ ] DFT remains on bond with ____ the same terms and conditions or ____ modified terms as follows: _____.
- [ ] DFT is released after meeting with Probation Officer.

## Other:

- [✓] Remaining count(s) _One_ Judgment of Acquittal entered per jury verdict of not guilty.
- [✓] Court informs Dft of right to appeal.
- [ ] Dft requests that the Clerk of Court file a notice of Appeal on his/her behalf.
- [✓] DFT addresses the Court.
- [ ] NO FORFEITURE          [✓] FINAL ORDER OF FORFEITURE entered on _6/24/2020_

If no designation made by report date, Dft may file a motion for extension of surrender date.
Dft may file a motion for release from custody pending appeal within 14 days and Gvt shall have 14 days to respond.