IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:19cr32/MCR

TIMOTHY J. SMITH

## FINAL ORDER OF FORFEITURE
## AS TO DEFENDANT TIMOTHY J. SMITH

WHEREAS, on December 17, 2019, the Court entered a Preliminary Order of Forfeiture, pursuant to Title 18, United States Code, Sections 1834 and 2323, Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461, based upon the defendant's guilty finding on Count Two of the superseding indictment in this action, and the attached forfeiture provision thereto, of the property listed as:

> **A. An Apple iPhone Model A1865 with Serial #G6TWNB68JCL6;**
> **B. An HP Elitebook 840 G3 laptop with Serial #5CG628444G; and**
> **C. An HP Pavilion desktop Model P6774Y with Serial #4CE0480G8K.**

AND WHEREAS, pursuant to Rule 32(b)(2) and 32.2(b)(2) of the Federal Rules of Criminal Procedure, said Preliminary Order of Forfeiture shall be made final as to defendant **TIMOTHY J. SMITH** at the time of

sentencing and shall be made part of the sentence and included in the judgment now wherefore,

IT IS HEREBY ORDERED:

That all of the defendant's right, title and interest in the property described above is hereby forfeited to and vested in the United States of America and that said forfeiture is now final as to the defendant for all purposes.

IT IS SO ORDERED this 25 day of JUNE, 2020.

M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE